UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JANE STOLTEY )
Plaintiff )
)
)
vs. )    Case No. 05-2159
)
BOARD OF TRUSTEES OF THE )
UNIVERSITY OF ILLINOIS, )    **FILED**
JOHN BROWN, AND )
KRYSTAL L. FITZPATRICK )    OCT 0 3 2005
Defendant(s) )
)    JOHN M. WATERS, Clerk
     U.S. DISTRICT COURT
     CENTRAL DISTRICT OF ILLINOIS
     URBANA, IL

AMENDED
**COMPLAINT**

[X]  42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ]  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ]  Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, JANE STOLTEY, and states as follows:

My current address is: #2 JUNIPER DR, CHAMPAIGN, IL 61820

The defendant BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, ~~is employed as~~ CORPORATE ENTITY 506 S. WRIGHT, RM 352, ~~at~~ URBANA, IL

The defendant JOHN BROWN, is employed as POLICE OFFICER, SPRINGFIELD + GOODWIN, ~~at~~ URBANA, IL

The defendant KRYSTAL L. FITZPATRICK, is employed as POLICE OFFICER SPRINGFIELD + GOODWIN, at URBANA, IL

The defendant _____, is employed as _____ at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

Additional defendants and addresses _____

_____

_____

_____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

          Yes ☐          No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

      _____

   2. Court (if federal court, give name of district; if state court, give name of county)

      _____

2

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☐  No ☒

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☐  No ☒

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?  Yes ☒  No ☐

PLEASE NOTE: *THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

# STATEMENT OF CLAIM

Place of the occurrence _____

Date of the occurrence _____

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
  *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

SEE ATTACHED STATEMENT

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**JURY DEMAND**       Yes  ☒       No  ☐

Signed this ___3___ day of ___October___, ~~19~~ 2005.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JANE STOLTEY | |
| Address: #2 JUNIPER DR CHAMPAIGN, IL 61820 | Telephone Number: |

6

## CERTIFICATE OF SERVICE

      I certify that on October 3, 2005, I delivered a copy of the Amended Complaint to the following persons:

James Kerns
Monica H. Sholar
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main St.
Box 129
Urbana, IL 61803-0129


_____*Jane Stoltey*_____
Jane Stoltey

Jane Stoltey
Plaintiff
2 Juniper Dr.
Champaign, IL 61820

In July of 2003, Corporal John Brown wrote a report in which he claimed that a janitor at the Illini Union told him that she had seen me in the Illini Union in violation of a ban order. Corporal Brown lied repeatedly in his report. His falsified report resulted in a warrant for my arrest for trespass. This warrant was carried out over a week later. The judge refused me recognisance bond because Corporal Brown falsely stated that I was "homeless", although he knows my address. Because of Corporal Brown's lie, I was imprisoned in the County Correctional Center for 5 days, until $250 cash bond was posted for me. I hired private legal counsel. When my attorneys attempted to obtain the Illini Union videotapes, which would have proved my innocence, they were refused the videotapes, and were told that they had been "erased". Corporal Brown also wrote that he approved his own report, although I have been told that this was not true. K. L. Fitzpatrick has further obstructed our investigation by ordering her subordinates not to cooperate. In addition, I have been harrassed on public city streets and at bus stops by K. L. Fitzpatrick's patrol officers. The false charges were dismissed. The Illini Union ban was lifted, and the attorneys determined that the ban was illegal in the first place. This false arrest and its aftermath have devastated my life. I am seeking appropriate damages.