UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **JANE STOLTEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-CV-2159 |
| ) | |
| **UNIVERSITY OF ILLINOIS, OLIVER J.** ) | |
| **CLARK, JOHN BROWN, and KRYSTAL** ) | |
| **FITZPATRICK,** ) | |
| ) | |
| **Defendants.** ) | |

## OPINION

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on September 22, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

Accordingly, Defendants' Motion to Dismiss (#14) is GRANTED as to Defendants University of Illinois and Oliver J. Clark, and DENIED as to the Board of Trustees and the statute of limitations argument. The Magistrate Judge also recommended granting Plaintiff leave to file an amended complaint within fourteen (14) days of the order ruling on the motion. However, this court notes that, on October 3, 2005, Plaintiff filed an amended complaint (#21) naming the Board of Trustees of the University of Illinois as a defendant. Plaintiff is again reminded that she must serve the added defendant with summons or obtain a waiver of service.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendants' Motion to Dismiss (#14) is GRANTED as to Defendants University of

Illinois and Oliver J. Clark and DENIED as to the Board of Trustees and the statute of limitations argument. Defendants University of Illinois and Oliver J. Clark are hereby terminated as defendants in this case.

    (3) This case is referred to the Magistrate Judge for further proceedings.

    ENTERED this 13th day of October, 2005

    **s/ Michael P. McCuskey**
    MICHAEL P. McCUSKEY
    CHIEF U.S. DISTRICT JUDGE