UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| JANE STOLTEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-CV-2159 |
| ) | |
| OLIVER J. CLARK, JOHN BROWN, ) | |
| KRYSTAL L. FITZPATRICK, and ) | |
| BOARD OF TRUSTEES of the UNIVERSITY ) | |
| of ILLINOIS, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#38) was filed by the Magistrate Judge in the above cause on February 16, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986). Accordingly, the Motion to Dismiss (#28) filed by the Board of Trustees of the University of Illinois is GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#38) is accepted by this court.

(2) The Motion to Dismiss (#28) filed by the Board of Trustees of the University of Illinois is GRANTED.

(3) Plaintiff's Section 1983 claims against the Board and against Defendants John Brown and Krystal L. Fitzpatrick, in their official capacities, are dismissed with prejudice.

(4) Any state law claims against the Board are dismissed without prejudice. Plaintiff may file those claims in the Illinois Court of Claims.

(5) After dismissal of the claims against the Board and against Defendants Brown and Fitzpatrick in their official capacities, it is unclear what constitutional right Plaintiff believes Defendants violated by their conduct. Accordingly, in the absence of any federal claims, this court has no jurisdiction over this case and it must be dismissed. Therefore, the remaining claims are dismissed without prejudice. Plaintiff is allowed fourteen (14) days from the date of this order to file an amended complaint if she wishes to plead constitutional claims pursuant to 42 U.S.C. § 1983. If no amended complaint is filed within the time allowed, this case will be terminated.

ENTERED this 7th day of March, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE